IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TEEN CHALLENGE INTERNATIONAL, NASHVILLE HEADQUARTERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, <br><br> Defendant. | NO. 3:07-00668 <br> JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for judgment as a matter of law and motion to alter or amend or, in the alternative, motion for new trial (Docket Entry No. 112) is **DENIED**. The consent motion to alter or amend (Docket Entry No. 122) is **GRANTED**. The joint motion to ascertain status (Docket Entry No. 123) is **DENIED as moot**. Finally, Plaintiffs are **AWARDED** their costs and attorneys' fees for the response to Defendant's motion for judgment as a matter of law and motion for a new trial.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 16th July, 2009.

William J. Haynes, Jr.
United States District Judge