IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TEEN CHALLENGE INTERNATIONAL, NASHVILLE HEADQUARTERS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) |
| Defendant. | ) ) |

NO. 3:07-00668
JUDGE HAYNES

## ORDER

Before the Court is the Plaintiff's motion for award of attorney fees and costs (Docket Entry No. 131) to which the Defendant filed objections (Docket Entry No. 134) and the Plaintiff filed a reply (Docket Entry No. 136).

Upon review, the Defendant's objections are overruled. The award of expert fees is expressly provided by the applicable statute. 42 U.S.C. § 12205. The subpoenas to Messrs. Williams and Stephens were reasonable. Plaintiff's affidavits on its subpoena and printing costs are acceptable. Trepel v. Roadway Express, Inc., 266 F.3d 418, 423 (6th Cir. 2001).

Plaintiff is **AWARDED** one hundred thirty-five thousand thirty-five hundred dollars and eighty-three cents ($135,035.83) in attorney fees and twenty-seven thousand eight hundred ninety-eight dollars and fifty-six cents ($27,898.56) in costs.

It is so **ORDERED**.

ENTERED this the ____ day of September, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge